UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH E. MACE,

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

        Defendant.

CASE NO. C07-5286BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed Plaintiff's complaint, the Report and Recommendation (Dkt. 18) of Judge J. Kelley Arnold, United States Magistrate Judge, and the remaining record and Plaintiff having failed to file objections to the Report and Recommendation, it is hereby **ORDERED**:

(1) The Court adopts the Report and Recommendation (Dkt. 18);

(2) The administrative decision is **AFFIRMED**; and

(3) The Clerk is directed to send copies of this order to Plaintiff's counsel, Defendant's counsel and to Magistrate Judge J. Kelley Arnold.

DATED this 16th day of May, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER