# United States District Court

WESTERN DISTRICT OF WASHINGTON

KENNETH E MACE　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

　　　　　v.

MICHAEL J ASTRUE　　　　　　　　　　　CASE NUMBER: C07-5286BHS
Commissioner of Social Security Administration

____　　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　XX　　　**Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation (Dkt. #18).

2. The administrative decision is AFFIRMED.

　　May 16, 2008　　　　　　　　　　　　　　BRUCE RIFKIN
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　s/ D. Forbes
　　　　　　　　　　　　　　　　　　　　　　By, Deputy Clerk